## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

JOHN MAHONEY, on behalf of himself and all
others similarly situated,

Case No. 2:20-cv-03935

Plaintiff,

**NOTICE OF VOLUNTARY
DISMISSAL
WITH PREJUDICE**

-against-

GRACE WINERY, LLC.

Defendant.

**PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and

hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs or

disbursements to any party.

Dated:  Philadelphia, Pennsylvania
         February 11, 2021

Respectfully submitted,

/s/ David S. Glanzberg
Glanzberg Tobia Law, P.C.
*Attorneys for Plaintiff*