```
                   IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| JOHN MAHONEY,<br>          Plaintiff,<br><br>     v.<br><br>GRACE WINERY, LLC.,<br>          Defendant. | CIVIL ACTION<br><br><br><br><br>NO.  20-3935 |

**ORDER**

AND NOW, this 10th day of March, 2021, it having been reported that the parties seek to dismiss this action, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby ORDERED that the above action is DISMISSED with prejudice, pursuant to the agreement of the parties, without costs.

                                        BY THE COURT:

                                        s/ J. Curtis Joyner
                                        _____
                                        J. CURTIS JOYNER, J.